UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 18-2313(DSD/SER)

Peppino Santos Gramyko Earthman,

        Plaintiff,

v.                                            **ORDER**

Brandy Nicole Bell,

        Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Steven Rau, dated October 11, 2018 (R&R). The magistrate judge recommended that the court deny plaintiff Santos Earthman's application to proceed in forma pauperis because his complaint fails to state a plausible civil claim under federal law. See U.S.C. § 1915(e)(2)(B)(ii). No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 4] is adopted in its entirety;

2. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is denied; and

3. Plaintiff's complaint [ECF No. 1] is dismissed without prejudice.

Dated: November 6, 2018        s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court